# UNITED STATES DISTRICT COURT

———————————— DISTRICT OF NEW JERSEY ————————————

TIMOTHY ACKERLEY, JOHN ALLEN, VICTOR
ALSINA, JOSE ALVAREZ, JOHN ANTMAN III,
KEITH ARMSTRONG, JOHN BACIGALUPO, JOHN
BADO, DONALD BAILE, JOHN BAKER, MICHAEL
BALCEZAK, PATRICK BARRETT, THOMAS BARTON,
RICHARD BEARDS III, THOMAS BELL, JOHN
BENDER, EDWARD BLACK, RICHARD BOGGIANO,
KENNETH BOLLHARDT, JOSEPH BOTTI, TODD
BOURKE, DENNIS BRADSHAW, DESIREE BROADY,
SHAWN BRODERICK, DAVID BROWN, KEITH BROWN,
KEVIN BROWNE, ALFRED BURGAGNI, THIERRY
BURICA, BRENDA BURROUGHS, GEORGE BUSKA,
ROBERT CAIRNS, PHILIP CALI, DAVID CALTON,
CESAR CAMACHO, ROBERT CAMPBELL, ROBERT
CANNON, ANTHONY CAPPITELLI, JOSEPH
CAPUANO, JOHN CARR, DENNIS CARROLL, JAMES
CARROLL, SHAWN CARSON, ELAINA CARTER,
JAMES CASCIO, KENNETH CASTELLA, JOHN
CAVALIERE, MARK CAVANAGH, MICHAEL CERVINO,
WILLIAM CHAVIS, VICTOR CHERRY, RONALD
CHEVESTICK, PHILIP CHIDICHIMO, FRANK
CHINIGO, ANTHONY CHIUSOLO, JOHN CHOWANEC,
WALTER CHOVANEC, FRANK CINELLI, HECTOR
CLAVELL, PEDRO CLAVERO, FRANK CONNAUGHTON,
SEAN CONNORS, JOSEPH CONSALVO, GLEN COOK,
JAMES COOK, VICTOR COOK, VINCENT COOK,
VINCENT CORSO, VINCENT COSTANZA,
JACQUELINE COTTLE, JAMES COWAN, MARK
COWAN, THOMAS COWAN, THOMAS COX, JAMES
CRAMPTON, GLENN CRITELLI, CLIFFORD
CROLIUS, THOMAS CSONTOS, ROOSEVELT
CUMBERBATCH, JOHN CURTIS, MICHAEL CUTONE,
FRANK D'AGOSTA, MARK D'AMBROSIO, MICHAEL
DAWYBIDA, JERRY DECICCO, FRANCIS DEFAZIO,
DENNIS DESTEFANO, LOUIS DESTEFANO, RICHARD
DESTEFANO, MICHAEL DILLION, RALPH DILUCCI,
FRANCIS DIMAIO, FREDERICK DIMASE, COSMO
DISANTO, MICHAEL DISANTO, VICENT DISBROW,
PATRICK DITORE, EDDIE DOLAN, HENRY

: C. 99-1567 (WHW)

# FILED

APR 0 7 1999

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

: COMPLAINT

:

:

:

:

:

:

:

:

:

:

:

:

:

:

:

:

DOMBROWSKI, MICHAEL DONAHUE, THOMAS
DONNELLY, CORNELIUS DONOVAN, BRUCE DZAMBA,      :
RONALD EHLERS, THOMAS ENGLEKE, PETER ERLA,
DAVID ERNST, PETER EVANGELISTA, EUGENE          :
FALCONETTI JR., ROBERT FALCONETTI, ROBERT
FARLEY, PATRICK FAY, KELVIN FAYTON,             :
JOSEPH FERRANTE, FRANK FERRARA, JOHN
FESKEN, JASON FIORE, GEORGE FITZGERALD,         :
JOSEPH FITZGERALD, JOHN FLAHERTY, BERNARD
FLORES, FELICE FORLANO, DONALD FORRESTER,       :
PAUL FORRESTER, ANTHONY FORTUNATO,
DOMINICK FORTUNATO JR., JEFFREY FOXALL,         :
ROBERT FRANCO, JAMES FRATTINI, ALEXANDER
FRAZIER, KENNETH FRENCH JR., JOHN FURCH,        :
TIMOTHY GAEDT, ALBERT GAGUSKI, BRIAN
GAJEWSKI, JEFF GAJEWSKI, CHRISTIAN              :
GALLAGHER, KEVIN GARCIA, ROBERT GARDNER,
ELBA GARNIER-D'AIUTO, RICHARD GARRISON,         :
ANTHONY GENOVA, DAVID GOLDRICH, BRENDA
GONZALEZ, FRANK GORAL, TEDDY GORAL, WALTER      :
GORAL, PAUL GREENE, WILLIE GRIER, ALFONSO
GRIFFIN, GARY GRIFFIN, PAUL GRIFFIN, JOHN       :
GROCKI, JAMES GROSSO, GLENN GUALTIERI,
JEFFREY GUILFOYLE, MICHAEL GULLACE,             :
DENNIS GUSZKOWSKI, ZYGMUND HACZYK, WILLIAM
HALLIGAN, JAMES HAMILTON, THOMAS HAMILTON,      :
ROBERT HAMMER, EDWARD HANLEY, MARISA
HANSEN, TIMOTHY HARMON, EDWARD HART, WAYDE      :
HAZEKAMP, CHRIS HEGER, CARLOS HERNANDEZ,
TYRONE HICKEY, FRANK HIGGINS, CLARENCE          :
HILLIARD, CHRISTIAN HOWLETT, DAVID HUMEN,
RONALD HURLEY, DOMENICK INFANTES JR.,           :
BERNARD JACKSON, HAROLD JACKSON, PHILIP
JACKSON, WILLIAM JACKSON, CHRISTINE             :
JAWOROWSKI, MICHAEL JOHNSTON, THOMAS
JOHNSTON, AUGUST JOY, DANIEL JOY, FRANK         :
KAMINSKI, LEONIDAS KARRAS, SHAWN KAVANAGH,
FRANK KEALY, ROBERT KEARNS, ROBERT KELLER       :
JR., JAMES KELLY JR., JOSEPH KELLY JR.,
MICHAEL KENNY, PHILIP KIDNEY III, PATRICK       :
KING, MICHAEL KLEJMONT, ENDRE KOCSIS,
KEVIN KOT, CRAIG KUTIAK, DAVID LABRUNO,         :
PETER LAGIS, CARMINE LANCELLOTTI, FRANCIS
LARAWAY, JOSEPH LARDINO, PETER LAROCCO,         :
CHARLES LAUZIERE, THOMAS LEACH, DEBRA LEE,
CHARLES LEVINE, ANTHONY LISI, BRIAN LOGAN,      :
DENNIS LONG, ELAINE LONG, JOSEPH LOPEZ,
DEBORAH LUDLOW, KEITH LUDWIG, JAMES LYNCH,      :
MICHAEL LYONS, JOHN MACDONALD, RUSSELL
MACDONALD, JOHN MACK, MICHAEL MAFFEI,           :

FRANKLIN MAISONET, KEITH MANDRIOTA, JOHN
MANNING, GEORGE MANUEL, EDWARD MARTINEZ,    :
JOHN MASTROPIETRO, PAUL MATOS, COLM
MCAULEY, PATRICK MCCARTHY, MICHAEL          :
MCCORMACK, ROGER MCCREESH, DONNIE MCGHEE,
JOANNE MCGILLIS, ROBERT MCGILLIS JR.,       :
MICHAEL MCKERRY, JOHN MCLELLAN, LOUIS
MECKA, MOISES MENDOZA, PETER MIDGLEY,       :
ROBERT MINERLEY, ROBERT MIRABILIO, WALTER
MITCHELL, GEORGE MOORE, TIMOTHY MORAN,      :
WILLIAM MORAN, ANTHONY MOSCHELLA, CHYRIL
MULLEN, THOMAS MULLINS, HARRY MURPHY,       :
MARTIN MURRAY, ANTHONY MUSANTE, BENJAMIN
NERNEY, DINO NERNEY, EDDIE NIEVES, GEORGE   :
NISBET JR., MICHAEL NON, TIMOTHY NOWICKI,
KEVIN O'CONNELL, RICHARD O'CONNELL, JOHN    :
O'CONNOR, THOMAS O'CONNOR, JOSEPH
OLSZEWSKI, WILLIAM OLSZEWSKI, MICHAEL       :
O'NEILL, RICHARD ORELLANA, RAYMOND ORTIZ,
DAVID ORTMANN, RONALD PACHUCKI, WILLIAM     :
PADGETT, MARK PALUGHI, DOUGLAS PANETTI,
FERDINAND PAPARTEYS, ANTHONY PEKARSKY,      :
MICHAEL PELLEGRINO, JOHN PETERS, ERIC
PETERSEN, SHAUN PETERSON, RICHARD           :
PICCILLO, ROBYN POPAILO, THOMAS PORTER,
ROBERT POSS, MICHAEL POST, THOMAS PUCCI,    :
TIMOTHY PURCELL, WILLIAM QUINN, LAWRENCE
QUISH, ROBERT QUISH, BRIAN RABBITT,         :
PATRICIA RADZIEWICZ, WILLIAM RALEIGH,
THOMAS RAMIREZ, FRANK RANELLI, CHINO RANG,  :
JOHN RANSOM, GUSTAVO RAVE, MARK RAZZOLI,
JACK REDMOND, RAMON REGALADO, THOMAS        :
REILLY, BRIDGET REVELL, MARY REVELL,
MIGUEL REYES, NIXON REYES, JULIO REYES JR., :
DORIS REYNOLDS, JOAN REYNOLDS, MITCHELL
REYNOLDS, VIOLA RICHARDSON, DENNIS          :
RIEBESELL, ALEXANDER RIVERA, FRANCISCO
RIVERA, RUBEN RIVERA, ROBERTO ROBALINO,     :
CHRISTOPHER ROBATEAU, MARK ROBERTSON,
CHARLES ROBINSON III, ERIC RODGERS,         :
ALFREDO RODRIGUEZ JR., EDWIN RODRIGUEZ,
FRANK RODRIGUEZ, WAYNE ROESCH, LOUIS        :
ROMANO, VINCENT ROMANO JR., RICHARD
ROMANSKI, ANIBAL ROSARIO, JR., GEORGE       :
ROTONDO, MARTIN ROZKOWSKI, MICHAEL RULLI,
KEITH RUSSELL, STEPHEN RUSSELL, ROBERT      :
RYBINSKI, JOSEPH SALTARELLI, HARRY
SANDWITH, JORGE SANTANA, SAMUEL SANTANA,    :
JOSEPH SANTIAGO, JOSEPH SARAO, JOSEPH
SATIRO, JOHN SCALCIONE, DAVID SCANLON,      :

LOUIS SCARDIGNO, FRANK SCARPA, MICHAEL
SCARPA, ANTHONY SCERBO, NICHOLAS SCERBO,          :
DARVIN SCHILD, PHILIP SCHINNAGEL, STANLEY
SCHMIDT, MITCHELL SCHNEE, SCOTT SCHNEE,           :
CYNTHIA SCHULTZ, ETHEL SCHWARTZ, DANIEL
SEARS, WAEL SHAHID, MARK SHAVER, MICHAEL          :
SHERBONEAU, LAWRENCE SHERIDAN, ANTHONY
SILVER JR., MICHAEL SLARPA, BRIAN SMITH,          :
JEFFREY SOKOLOWSKI, DANIEL SOLLITTI,
RAYMOND SOLT, DANIEL SOLTYS, EDWARD               :
SOMMERS, JESSE SOTO, FRANCIS SPRAGUE,
BRYAN STANTON, FRANCIS STEINHAUSER,               :
MICHAEL STOFEY, DONNAMARIE SUAREZ, BRIAN
SULLIVAN, BRIAN SULLIVAN, DAVID SULLIVAN,         :
JAMES SULLIVAN, WILLIAM SULLIVAN, CHARLES
SUTARIS, STEPHEN TADDEO, MICHAEL TAMBURRI,        :
JOHN TANAJAUSKAS, ANGEL TAVAREZ, WILLIAM
TAYLOR JR., BERNARD TIMMINS, MICHAEL              :
TIMMINS, HAROLD TORRES, MORGAN TORRES JR.,
LORENZO TOSADO JR., STEPHEN TROWBRIDGE,           :
LEON TUCKER JR., GREGORY TULLOCK, HAROLD
TULLOCK, KEITH TUOHY, THOMAS TUOHY, FIDEL         :
VAIDES, PABLO VALDELAMAR-LUNA, JOSEPH
VANGELAKOS, LOUIS VEGA, VALERIE VELAZQUEZ,        :
PETER VELTRE, RALPH VELEZ, KEVIN VICTOR,
ILIAS VOUTSAS, FREDERICK YOUNGER, WAYNE           :
ZACHOWSKI, BENJAMIN ZAKRZEWSKI, ANTHONY
WALLACE, JOHN WALSH, JOSEPH WALSH, PATRICK        :
WALSH, JOHN WARLIKOWSKI, GARY WATSON,
JOSEPH WEAVER, JOHN WHALEN, DENNIS WHELAN,        :
BENJAMIN WILSON JR., STEPHEN WILSON, JOHN
WISNIEWSKI and JENNIFER WOLFE,                    :

                    Plaintiffs,                   :

     vs.                                          :

CITY OF JERSEY CITY,                              :

                    Defendant.                    :

_____

        Plaintiffs, by their attorneys, Klausner, Hunter &

Rosenberg, Esqs., complaining of the Defendant, respectfully

allege as follows:

1.    Plaintiffs bring this action to recover unpaid
overtime compensation and other relief under the provisions of
the Fair Labor Standards Act of 1938, as amended [29 **U.S.C.** §§
201-219; hereinafter the "Act" or the "FLSA"], and for a
declaratory judgment under 29 **U.S.C.** §§ 2201 and 2202.

2.    Jurisdiction of this action is conferred upon this
Court by section 16(b) of the Act {29 **U.S.C.** § 216(b)].  Venue
is also established pursuant to 28 **U.S.C.** section 1391(b).

### THE PARTIES

3.    Plaintiffs are each residents of the District of New
Jersey, and are or were employees of the Defendant City of
Jersey City and are or were employed within the Jersey City
Police Department.

4.    The Defendant to this action is the City of Jersey
City with municipal administrative offices at 280 Grove Street,
Jersey City, New Jersey 07302.

5.    Pursuant to section 16(b) of the Act (29 **U.S.C.** §
216(b), the named Plaintiffs herein have executed and hereby
file with the Court their consents in writing to become parties
Plaintiff in this action, which are appended hereto.  Should

additional Plaintiffs similarly situated join this action their consents will be filed with the Court.

6. The Plaintiffs are employees who are or were at all relevant times employed in an enterprise engaged in commerce or in the production of goods for commerce, as defined by section 3(s) of the Act [29 **U.S.C.** § 203(s)]. More specifically, each Plaintiff is or was a Police Officer employed by the City of Jersey City within the Jersey City Police Department.

7. At all times material herein, the Plaintiffs have been entitled to the rights, protections and benefits provided under the FLSA.

8. The Defendants City of Jersey City is an employer as defined by section 3(d) of the Act [29 **U.S.C.** § 203(d)] and a "public agency" within 29 **U.S.C.** § 203(x). Upon information and belief, the Defendants at all relevant times have been aware of the provisions of the FLSA, as amended, 29 **U.S.C.** §§ 201, et seq.

9. The Defendant named in this action is an enterprise, as defined by section 3(r) of the Act [29 **U.S.C.** § 203(r)].

PLAINTIFFS' ENTITLEMENTS TO OVERTIME PAY UNDER THE ACT

FIRST CLAIM

10.  Employees covered under the Act are entitled to
overtime compensation at the rate of one and one-half times
their regular rates of pay for all hours worked in excess of
forty hours per week, except as otherwise provided in section 7
of the Act [29 **U.S.C.** § 207].  Section 7(a)(1) of the Act [29
**U.S.C.** § 207(a)(1)] provides:

> Except as otherwise provided in
> this section, no employer shall
> employ any of his employees who
> in any workweek is engaged in
> commerce or in the production of
> goods for commerce, or is
> employed in an enterprise engaged
> in commerce or in the production
> of goods for commerce, for a
> workweek longer than forty hours
> unless such employees receives
> compensation for his employment
> in excess of the hours above
> specified at a rate not less than
> one and one-half times the
> regular rate at which he is
> employed.

11.  The Plaintiffs have, during the applicable statutory
time periods, performed work for which they have not been
compensated as required by the Act, and more particularly each
Plaintiff has worked in excess of the statutory maximum number
of hours provided for in section 7(a)(1) of the Act [29 **U.S.C.**

§ 207(a)(1)], without receiving compensation for such excess hours at a rate of one and one-half times the regular rate at which the Plaintiffs are employed.  These excess hours include:

a. Time spent during off duty hours for caring for and maintaining the dogs assigned to K-9 Officers within the Department;

b. Time spent during off duty hours preparing D.A.R.E. presentations and time actually spent preparing D.A.R.E. programs to school children and other community based groups;

c. Time spent regarding the care and maintenance of equipment, clothing and police vehicles assigned to the Officers;

d. Time spent as a result of being assigned to travel to another District or another work site (other than the Plaintiff's assignment for the year in question) within the Jersey City Department.

e. Time spent performing Jersey City Police Department work outside of the Officers' normal work schedules;

f. Time spent working through meal breaks that were to be duty free; and

g. Time spent attending mandated training courses relating to the Officers' duties and functions; and

h. Time spent attending the assigned Police Training Academy.

12.   The failure of Defendant to compensate Plaintiffs at one and one-half times their regular rate for such excess hours is a violation of section 7 of the Act [29 **U.S.C.** § 207].   Such violation is redressable by the Plaintiffs as effected employees under section 16(b) of the Act [29 **U.S.C.** § 216(b)].

13.   Defendant, therefore, is liable to the Plaintiffs herein in the amount of Plaintiffs' unpaid compensation and an additional equal amount as liquidated damages, and for reasonable attorney's fees, together with the cost and disbursement of this action.

14.   The failure by Defendant to pay such compensation is a knowing, willful or reckless violation of section 7 of the Act [29 **U.S.C.** § 207] within the meaning of the applicable statute of limitation [29 **U.S.C.** § 255(a)], for which all Defendants are equally liable.

15.   Therefore, Plaintiffs herein are entitled to the unpaid overtime compensation and liquidated damages owed to them beginning three years immediately preceding the commencement of the action.

9

16.  The employment and work records for Plaintiffs are in the exclusive possession, custody and control of the Defendant, and Plaintiffs are unable to state precisely at this time the exact amounts owing to them.  The Defendant is under a duty imposed by 29 **U.S.C.** § 211(c) and the regulations of the United States Department of Labor to maintain and preserve payroll and other employment records with respect to Plaintiffs from which some of the amounts of Defendant's liability can be ascertained.

PLAINTIFFS' ENTITLEMENTS TO OVERTIME<br>PAY UNDER THE ACT

SECOND CLAIM

17.  The City of Jersey City is required to post United States Department of Labor posters advising their employees, including their Police Officers, of their minimum wage and overtime pay rights under the Fair Labor Standards Act (29 **C.F.R.**, Section 516.4).

18.  The Defendant has failed to post said United States Department of Labor posters referred to above in paragraph 17 of this Complaint in contravention of the prescriptions of 29 **C.F.R.**, Section 516.4.

10

19.   The failure of the Defendant to post the required Department of Labor Fair Labor Standards Act notices tolls the running of any period of limitations.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs herein request from the Court the following relief:

(a)   Judgment declaring that the Defendant has willfully, recklessly, and wrongfully violated their statutory and legal obligations, and deprived the Plaintiffs of their rights, protections and entitlements under federal law, as alleged herein;

(b)   An Order for a complete and accurate accounting of all the compensation to which the Plaintiffs are entitled;

(c)   Judgment against the Defendant awarding each Plaintiff monetary damage in the form of back pay compensation, liquidated damages equal to their unpaid compensation, plus pre-judgment and post-judgment interest;

(d)   Reasonable attorney's fees; and

11

(e)  The costs and disbursements of this action together with such other and further relief as the Court deems proper.


Dated:  4/6/99


*Stple B. Hunter*
_____
KLAUSNER, HUNTER & ROSENBERG
Stephen B. Hunter (SH-9860)
63 East High Street
P.O. Box 1012
Somerville, N.J.  08876
(908) 685-1552