UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Ackerley, et al

v.

City of Jersey City

CIVIL 99-1567 (JLL)

O R D E R

The parties having reported that the above matter has been settled,

It is on this 8th day of October, 2003,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

JOSE L. LINARES, U.S.D.J.

ENTERED
ON
THE DOCKET

OCT 8 2003

WILLIAM T. WALSH, CLERK
By_____
(Deputy Clerk)